355 P.2d 677

**Carlos TARTAGLIA, Petitioner,**

v.

**FIRST JUDICIAL DISTRICT COURT JUDGE, First Judicial District Attorney, et al., Respondents.**

No. 6749.

Supreme Court of New Mexico.

April 8, 1960.

COMPTON, CARMODY and MOISE, Justices, concurring.

Ordered that the petition for writ of mandamus be and the same is hereby denied as stating no grounds upon which relief can be granted.

355 P.2d 677

**Andrew R. IVORY, Jr., Petitioner,**

v.

**STATE of New Mexico, and Harold Cox, as Warden of the Penitentiary of New Mexico, Respondents.**

No. 6751.

Supreme Court of New Mexico.

April 11, 1960.

COMPTON, CARMODY, MOISE and CHAVEZ, Justices, concurring.

Ordered that the petition for writ of habeas corpus be and the same is hereby denied as stating no grounds upon which relief can be granted.

355 P.2d 678

**Pete A. YBARA, Petitioner,**

v.

**Harold A. COX, Warden of the New Mexico State Prison, Respondent.**

No. 6757.

Supreme Court of New Mexico.

April 27, 1960.

Ordered that petitioner be and he is hereby granted free process in this Court;

Further ordered that the petition for writ of mandamus be and the same is hereby denied. See Owens v. Swope, 60 N.M. 71, 287 P.2d 605.